1064

THE STATE OF WASHINGTON, *Respondent*, v. SALLYEA McCLINTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07306-5, Palmer Robinson, J., entered March 3, 2015. *Dismissed* by unpublished opinion per Verellen, A.C.J., concurred in by Dwyer and Leach, JJ.

*In the Matter of the Marriage of* JENNIFER YONG LUNA, *Respondent*, and NEAL HAROLD LUNA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-3-11015-0, Richard D. Eadie, J., entered March 20, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Trickey, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. V.O., *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated May 2, 2016. Substitute opinion filed. See 193 Wn. App. 1041.

DANA IMORI ET AL., *Appellants*, v. MARINATION LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-06587-6, Mariane C. Spearman, J., entered March 27, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, A.C.J., and Leach, J.